# EXHIBIT A

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY

Calls to or from this company may be monitored or recorded for quality assurance.

Mar 11, 2007

PH4985
KYLE J MITCHELL
[Redacted]
AURORA IL 60502-4532

CREDITOR: BANK OF AMERICA/MBNA
ACCOUNT #: [redacted]
REGARDING: PAST DUE BALANCE
PRINCIPAL: $ 5195.81
INTEREST: $ 0.00
INTEREST RATE:
COST OF COLLECTIONS: $0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $5195.81

The named creditor has placed this account with our office for collection. It is important that you forward payment in full.

If you choose not to respond to this notification, we will assign your account to a collector with instructions to collect the balance.

To assure proper credit please put our internal account number [redacted] on your check or money order and enclose the lower portion of this letter with your payment. If you need to speak to a representative contact us at 1-800-218-1175.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is [redacted].

Returned checks may be subject to the maximum fees allowed by your state.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Client Account # | Total Balance |
|---|---|---|
| [redacted] | [redacted] | $ 5195.81 |

KYLE J MITCHELL
Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON DE 19850-7080

NCO A
120

012700PH49855000000270000000000519581 7

# EXHIBIT B



# CREDIT & COLLECTIONS WORLD
The online resource for commercial and consumer credit professionals

HOME
FREE MEMBERSHIP
**RESOURCES**
CAREER OPPORTUNITIES
E-MARKETPLACE
RESEARCH VAULT
CREDIT.NET CREDIT REPORT
D&B CREDIT REPORTS
EXPERIAN CREDIT REPORTS
**EDITORIAL**
SPECIAL REPORTS
WHITE PAPERS
BANKRUPTCY DATABANK
INDUSTRY RANKINGS
NEWS ARCHIVES
PRESS RELEASE ARCHIVES
**INFORMATION**
CONFERENCES
INTERNET RESOURCES
RELATED PUBLICATIONS
HOW TO ADVERTISE
CONTACT US
SUBSCRIBE / RENEW

**Debit Cards? Gift Cards? Payroll Cards?**
Get answers on the fast-paced prepaid card and stored value market.

## Top Collection Agencies

Return

| Rank | Agencies | 2006 revenues | Number of Collectors |
|---|---|---|---|
| 1 | NCO Financial Systems Inc. | $1,190,097 | 10,892 |
| 2 | Outsourcing Solutions Inc. | 442,000 | 3,587 |
| 3 | Intrum Justitia | 429,000 | NA |
| 4 | GC Services L.P. | 329,901 | 7,134 |
| 5 | West Asset Management | 234,500 | 1,175 |
| 6 | Omnium Worldwide Inc. | 82,300 | 489 |
| 7 | Nationwide Credit Inc. | 74,000 | 824 |
| 8 | United Recovery System L.P. | 69,729 | 672 |
| 9 | Weltman, Weinberg & Reis Co., L.P.A. | 69,639 | 311 |
| 10 | Coface Collections North America Inc. | 65,248 | 271 |
| 11 | I.C. System Inc. | 63,000 | 700 |
| 12 | NCB Management Services Inc. | 55,000 | 200 |
| 13 | Client Services Inc. | 42,000 | 550 |
|  | Merchants' |  |  |







FOR CONCISE, INTELLIGENT, STRAIGHT-TO-THE-POINT REPORTING.

One Powerful Product. Two Effective Ways to Use It.



| | | | |
|---|---|---|---|
| 14 | Credit Guide Co. | 23,700 | 125 |
| 15 | Gila Corp./Municipal Services Bureau | 17,976 | 154 |
| 16 | Financial Recovery Services Inc. | 17,871 | 176 |
| 17 | Diversified Consultants Inc. | 16,600 | 151 |
| 18 | Brown & Joseph Ltd. | 10,600 | 115 |
| 19 | National Recovery Agency (NRA Group LLC) | 4,640 | 70 |
| 20 | Solberg & Kennedy LLC | 140 | 2 |

© 2007 CreditandCollectionsWorld.com and SourceMedia, Inc.
All rights reserved.

Please read our *Privacy Policy*

