**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KYLE J. MITCHELL, | ) | |
| on behalf of himself and a class, | ) | 07-C-6165 |
| | ) | |
| Plaintiff, | ) | Judge Norgle |
| | ) | Magistrate Judge Brown |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:** **(See attached service list.)**

      **PLEASE TAKE NOTICE** that on November 9, 2007 at 9:30am, we will appear before Judge Norgle in Room 2341 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**.

                                                           s/ Daniel A. Edelman
                                                           Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Daniel A. Edelman, hereby certify that on November 2, 2007, the foregoing document was filed electronically. A copy of the foregoing document was served via hand delivery on the following individuals:

NCO Financial Systems, Inc.
c/o CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL 60604

              s/ Daniel A. Edelman
              Daniel A. Edelman