U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07-CV-6165 |//
Kyle J. Mitchell, on behalf of himself and a class, )
              Plaintiff, )
v. )
NCO Financial Systems, Inc. )
              Defendants. )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

| |
|---|
| NAME (Type or print)<br>EDWIN R. CUMMINGS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Edwin R. Cummings |
| FIRM<br>Sessions, Fishman & Nathan of Illinois, L.L.C. |
| STREET ADDRESS<br>1000 Skokie Boulevard, Suite 430 |
| CITY/STATE/ZIP<br>Wilmette, Illinois 60091 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6199348 | TELEPHONE NUMBER<br>847-853-6100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐