## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2007, a copy of the foregoing **ATTORNEY APPEARANCE FOR EDWIN R. CUMMINGS** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

s/Edwin R. Cummings

N:\NCO\Mitchell, Kyle J. (6947-07-22264)\Pleadings\Certificate of Service - Appearance Cummings.doc