U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07-CV-6165 |
|---|---|
| Kyle J. Mitchell, on behalf of himself and a class, ) Plaintiff, ) v. ) NCO Financial Systems, Inc. ) Defendants. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

| NAME (Type or print) |
|---|
| DAVID ISRAEL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David Israel |

| FIRM |
|---|
| Sessions, Fishman & Nathan, L.L.P. |

| STREET ADDRESS |
|---|
| Lakeway Two, Suite 1240, 3850 Causeway Boulevard |

| CITY/STATE/ZIP |
|---|
| Metairie, Louisiana 70002-1752 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90785267 | (504) 828-3700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |