# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KYLE J. MITCHELL, | ) | |
| on behalf of himself and a class, | ) | 07-C-6165 |
| | ) | |
| Plaintiff, | ) | Judge Norgle |
| | ) | Magistrate Judge Brown |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:** (See attached service list.)

**PLEASE TAKE NOTICE** that on November 16, 2007 at 9:30am, we will appear before Judge Norgle in Room 2341 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Michelle R. Teggelaar
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on November 8, 2007, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Edwin R. Cummings
tcummings@sessions-law.biz

David Israel
disrael@sessions-law.biz

                                        s/ Daniel A. Edelman
                                        Daniel A. Edelman