**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Kyle J. Mitchell
                            Plaintiff,

v.                                                Case No.: 1:07−cv−06165
                                                                  Honorable Charles R. Norgle Sr.

NCO Financial Systems, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 9, 2007:

      MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's Unopposed Motion for Leave to Withdraw Plaintiff's Motion for Class Certification [17] is granted. Plaintiff's Motion for Class Certification [9] is withdrawn. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.