UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Kyle J. Mitchell
                        Plaintiff,

v.                                               Case No.: 1:07−cv−06165
                                                  Honorable Charles R. Norgle Sr.

NCO Financial Systems, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 15, 2007:

      MINUTE entry before Judge Amy J. St. Eve :Unopposed MOTION by Plaintiff Ruby Milam to reassign case [30] is granted. All issues having been consolidated under 07 C 4420, all counsel in the associated case 07 C 6165 is to be linked to the lead case 07 C 4420. All pleadings are to be filed only in case 07 C 4420. Status hearing set for 11/19/2007 at 8:30 AM to stand, before Judge St. Eve. Executive Committee Order to follow.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.