# United States District Court
# Northern District of Illinois

In the Matter of

Kyle Mitchell

v.

NCO Financial Systems, Inc.

Case No. 07 C 6165

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles R. Norgle** to be related to **07 C 4420** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Amy J. St. Eve

Dated: November 15, 2007

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Amy J. St. Eve.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: NOV 1 6 2007

Finding of Relatedness (Rev. 9/99)