UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Kyle J. Mitchell
         Plaintiff,

v.                Case No.: 1:07−cv−06165
                Honorable Amy J. St. Eve

NCO Financial Systems, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 27, 2007:

  MINUTE entry before Judge Amy J. St. Eve :IT IS HEREBY ORDERED that all issues having been consolidated under 07 C 4420, the above entitled action is hereby dismissed. All pleadings are to be filed under 07 C 4420. All counsel in this associated case is to be linked to the lead case number 07 C 4420. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.